808

## Commonwealth v. Lindsay, Appellant.

Argued December 8, 1969. *David Rudovsky*, Assistant Defender, with him *Melvin Dildine*, Assistant Defender, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *James D. Crawford*, Assistant District Attorney, with him *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Lopes, Appellant.

Submitted December 8, 1969. *Robert S. Cohen*, for appellant; *Deborah E. Glass* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Lynn, Appellant.

Submitted December 8, 1969. *Louis P. Silverman*, for appellant; *John Woodcock, Jr.*, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.